## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| ANDREW J. GONZALEZ ) | |
|     *Plaintiff.* ) | CIVIL ACTION NO. 4:13-CV-00022-Y |
| v. ) | |
| ) | |
| WELTMAN, WEINBERG & ) | |
| REIS CO., LPA ) | |
|     *Defendant.* ) | |
| ) | |

## MOTION FOR ORDER OF DISMISSAL

NOW COMES the Plaintiff, ANDREW J. GONZALEZ who having reached a settlement agreement with the Defendant in the above styled cause of action hereby makes this Motion for Order of Dismissal WITH PREJUDICE and requests the Court enter such order in the above styled case pending before this Honorable Court.  Each party bearing their own costs of this action.

Dated:  February 04, 2013

Respectfully Submitted,

   */s/ Andrew J. Gonzalez*
Andrew  J. Gonzalez
6015 Siltstone Lane
Apt#1224
Fort Worth, Texas 76137
(817) 975-5655
gonandrew@yahoo.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 05 day of February, 2013, a copy of the foregoing Motion for Order Dismissal was electronically filed with the Clerk of the court, United States District Court for the Northern District of Texas, and served upon the following:

**Via Certified Mail # 7011 3500 0001 0069 1956**

**Doreen M. Abdullovski**
Weltman, Weinberg & Reis, Co., LPA
323 Lakeside Avenue STE 200
CLEVELAND, OH 44113

*/s/ Andrew J. Gonzalez*
Andrew J. Gonzalez
6015 Siltstone Lane
Apt#1224
Fort Worth, Texas 76137
(817) 975-5655
gonandrew@yahoo.com